THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL A. DE VASTO, Appellant, against JOHN J. DILLON, as Undersheriff of Orange County, Respondent.— Order dismissing a writ of habeas corpus, affirmed. The dismissal of the second indictment was not accomplished pursuant to section 671 of the Code of Criminal Procedure. That statute is the successor of a nolle prosequi relating to discontinuance of prosecution rather than the indictment as a means of instituting the prosecution. (*Matter of McDonald* v. *Sobel*, 272 App. Div. 455, affd. 297 N. Y. 679; *Moulton* v. *Beecher*, 1 Abb. N. C. 193, 203.) Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.